UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case No. 1:20-cv-21003-RNS

LILLY GALL,

  Plaintiff

vs.

SCOTTSDALE INSURANCE COMPANY,

  Defendant.

_____/

## CERTIFICATE OF COMPLIANCE

Pursuant to the Order Setting Discovery Procedures [DE 6] S.D. Fla. L.R. 7.1(a)(3) and S.D. Fla. L.R. 26.1(g)(1) , Plaintiff, LILLY GALL, by and through the undersigned counsel, hereby gives Notice of Compliance with scheduling a telephonic discovery hearing on October 22, 2020 at 2:30pm, before Magistrate Judge Edwin G. Torres.

The substance of the discovery matter to be heard involves a dispute about whether Defendant's objections to Plaintiff's Interrogatories and Request for Production have been waived, due to Defendant's failure to timely respond (due August 3, 2020). Defendant failed to move for an extension of time, and Defendant responded on August 28, 2020. Accordingly, Plaintiff contends that Defendant's objections have been waived and complete responses to the requests for production together with responsive documents and answers to the interrogatories (all without objection, except as to attorney-client privilege) are due. Specifically, Defendant objected to Interrogatories No. 3, 4, 7, 9 and Request for Productions No.: 2, 6, 7, 10, 12, 13, 14, 15.

## **COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

Pursuant to Local Rule 7.1(a)(3), undersigned counsel conferred with Defendant's counsel (Juila G. Young) via telephone on September 21, 2020 at 3:11 pm, in a good faith effort to resolve the issues to be raised at the hearing. Unfortunately, the parties were unable to resolve the dispute. On September 23, 2020, undersigned counsel and Defendant's counsel (Juila G. Young) via email, mutually coordinated the discovery calendar hearing being noticed herein.

Pursuant to S.D. Fla. L.R. 26.1(g)(1), the discovery dispute at hand has been presented to this Honorable Court in a timely manner, considering that Defendant served its responses and objections to Plaintiff's Interrogatories and Request for Production on August 28, 2020.

Dated: September 28, 2020

Respectfully submitted,
**AZOY SOCORRO, LLP**
Counsel for Plaintiffs
2020 Ponce de Leon Blvd, Suite 1008
Coral Gables, FL 33134
Telephone: (305) 340-7542
Facsimile: (305) 418-7438
Email: jose@azoysocorro.com;
david @azoysocorro.com

By:/s/ David M. Fraguio
Jose A. Socorro, Esq.
Florida Bar No. 0011675
David M. Fraguio, Esq.
Florida Bar No.: 1016475

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2020, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day to the individuals on the following service list, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:/s/ David M. Fraguio
Jose A. Socorro, Esq.
Florida Bar No. 0011675
David M. Fraguio, Esq.
Florida Bar No.: 1016475

## SERVICE LIST

*Attorneys for Defendant*
JULIA G. YOUNG, ESQUIRE
Florida Bar No.: 94334
julia.young@wilsonelser.com
jaselly.fernandez@wilsonelser.com
heather.sadusky@wilsonelser.com
111 North Orange Avenue, Suite 1200
Orlando, Florida 32801
Telephone: (407) 203-7599
Facsimile: (407) 648-1376